1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT M. CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant HOANG

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11                                        )
   UNITED STATES OF AMERICA,              )   No. CR 12-00583-EJD
12                                        )
                  Plaintiff,              )   STIPULATION TO CONTINUE STATUS
13                                        )   CONFERENCE; [PROPOSED] ORDER
   vs.                                    )   AND EXCLUDING TIME
14                                        )
   JONATHAN HOANG,                        )
15                                        )
                  Defendant.              )
16  _____)

17       Plaintiff United States of America, by and through Assistant United States Attorney

18  Thomas A. Colthurst, and Defendant JONATHAN HOANG ("Mr. Hoang"), by and through his

19  attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the

20  status conference in this case should be continued from November 5, 2012, at 1:30 p.m., to

21  November 26, 2012, at 1:30 p.m.

22       1.  Mr. Hoang has been charged in a three count indictment with violations of 18 U.S.C.

23  §§ 506 (a)(2), 912 and 506 (a)(3).

24       2.  A status conference before this Honorable Court has been scheduled for November 5,

25  2012, at 1:30 p.m.

26
   STIPULATION TO CONTINUE HEARING;
   [PROPOSED] ORDER
   NO. CR 12-00583-EJD                        1

1   3. Mr. Hoang's case was recently reassigned to current counsel who needs additional
2   time to review the discovery materials, and to meet and to discuss the case with Mr. Hoang.
3   4. Mr. Hoang respectfully requests that the status hearing be continued as requested, and
4   agrees to the exclusion of time from November 5 to November 26, 2012, pursuant to 18 U.S.C. §
5   3161 (h)(7)(A).
6   5. Accordingly, the parties request that the status hearing be continued from November
7   5 to November 26, 2012.
8   IT IS SO STIPULATED.

Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender

Dated: October 31, 2012

ROBERT M. CARLIN
Assistant Federal Public Defender

UNITED STATES ATTORNEY

Dated: October 31, 2012

THOMAS A. COLTHURST
Assistant United States Attorney

STEVEN G. KALAR
Federal Public Defender
ROBERT M. CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant HOANG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                        )<br>            Plaintiff,                         )<br>                                                        )<br>vs.                                                   )<br>                                                        )<br>JONATHAN HOANG,                     )<br>                                                        )<br>            Defendant.                     )<br>_____ | No. CR 12-00583-EJD<br><br>[~~PROPOSED~~]~~XXXXXXXX~~ ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE. |

**[PROPOSED] ORDER**

1. Mr. Hoang has been charged in a three count indictment with violations of 18 U.S.C. §§ 506 (a)(2), 912 and 506 (a)(3).

2. A status conference before this Honorable Court has been scheduled for November 5, 2012, at 1:30 p.m.

3. Mr. Hoang's case was recently reassigned to current defense counsel who needs additional time to review the discovery materials, and to meet and to discuss the case with Mr. Hoang.

///

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
NO. CR 12-00583-EJD                                    3

4. There is good cause for the requested continuance, and the "ends of justice" served by taking such action "outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161 (h)(7)(A). Accordingly, the time from November 5 to November 26, 2012, is excluded pursuant to section § 3161 (h)(7)(A).

5. The status hearing in this matter shall be continued from November 5 to November 26, 2012.

IT IS SO ORDERED.

Dated:  11/2/2012

HON. EDWARD J. DAVILA
United States DISTRICT Judge