# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Venue

## Report on Offender Under Supervision

**Name of Offender**  
Jonathan Hoang

**Docket Number**  
0971 5:12CR00583-001 EJD

**Name of Sentencing Judge:**   The Honorable Edward J. Davila  
United States District Judge

**Date of Original Sentence:**   July 2, 2014

**Original Offense**  
Count One: Use and Possession of a Counterfeit Seal of an Agency of the United States, 18 U.S.C. § 506(a)(2), a Class D Felony; Count One of the Superseding Information: Securities Fraud, 15 U.S.C. § 78(j)(b), 78ff, and 17 U.S.C. §§ 240.10b-5, a Class C Felony; Count Two: Pretending to Be an Officer of the United States, 18 U.S.C. § 912, a Class E Felony; Count 3: Use and Possession of a Counterfeit Seal of an Agency of the United States, 18 U.S.C. § 506(a)(2), a Class D Felony.

**Original Sentence:** 72 months imprisonment, 60 months as to Counts One and Three of the Indictment; 36 months as to Count Two of the Indictment; and 72 months as to Count One of the Superseding Information, all counts to run concurrently. Followed by three years supervised release, three years as to Counts One and Three of the Indictment; One year as to Count Two of the Indictment; and three years as to Count One of the Superseding Information, all counts to run concurrently.

**Special Conditions:** $400 special assessment; $3,000,000 restitution; participate in a program of testing and treatment for alcohol abuse; participate in a mental health treatment program; abstain from the use of all alcoholic beverages; not maintain a position of fiduciary capacity; not open any new lines of credit and/or incur new debt; provide access to any financial information; no contact with victims or any DEA office; not possess any law enforcement related materials; participate in vocational training; standard search; cooperate in the collection of DNA; and not possess any firearms, ammunition, destructive devices, or other dangerous weapons.

**Prior Form(s) 12:** None.

**Type of Supervision**  
Supervised Release  
**Assistant U.S. Attorney**  
Thomas A. Colthurst

**Date Supervision Commenced**  
January 24, 2017  
**Defense Counsel**  
Robert M. Carlin (AFPD)

**RE:** Hoang, Jonathan  2
0971 5:12CR00583-001 EJD

## Petitioning the Court to Take Judicial Notice

### Cause

According to the Offender Payment Enhanced Report Access (OPERA), the client's outstanding restitution balance as of December 3, 2019 is $2,989,778 as $10,275 has been collected by all codefendants. During the course of supervision, the client has submitted monthly payments of no less than $200 toward the restitution balance.

### Action Taken and Reason

Throughout the client's term of supervised release, he has maintained a stable residence in San Jose, California. Mr. Hoang has been gainfully employed full-time with Duc Renovations in San Jose, California, as an operation director, since August 12, 2016.

His economic circumstances have been monitored throughout the period of supervision for changes that might affect his ability to pay, and intermittent computer asset searches utilizing commercial databases have not revealed unreported assets. Mr. Hoang's monthly restitution appears commensurate with his ability to pay.

The U.S. Probation Office recommends the client's supervision terminate on January 23, 2020, as scheduled. The client understands he must continue making payments through the U.S. Attorney's Office Financial Litigation Unit, after the expiration of his term of supervision.

Pursuant to 18 U.S.C. §§ 3613 (b) and (f), the liability to pay restitution shall terminate the later of 20 years from the entry of judgment or 20 years after the release from imprisonment. Therefore, the United States Attorney's Office has the authority to collect monies from the client until January 24, 2037. It is recommended the client be allowed to terminate from supervision with an outstanding restitution balance.

Respectfully submitted,                Reviewed by:

_____        _____
Leon T. Dang                           Sonia Lapizco
U.S. Probation Officer                 Supervisory U.S. Probation Officer
Date Signed: December 3, 2019

**RE:**   Hoang, Jonathan   3
   0971 5:12CR00583-001 EJD

---

THE COURT ORDERS:

☑   The Court concurs and takes judicial notice
☐   Submit a request to modify supervision
☐   Submit a request for a warrant
☐   Submit a request for summons
☐   Other:


12/9/2019
_____   _____
Date   Edward J. Davila
   United States District Judge